# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSHUA ESPINAL,

        Plaintiff,

v.                                                  Case No:   6:25-cv-747-GAP-LHP

BAGEL BARN CAFE & DELI ON
WHEELS LLC,

        Defendant

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review.   The Complaint in this action was filed on **April 29, 2025**.   Plaintiff has failed to effect proper service on the Defendant within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court.   Therefore, it is

**ORDERED** that Plaintiff shall **SHOW CAUSE** within **fourteen (14)** days from the date of this Order why the Complaint against the Defendant should not be dismissed for failure to comply with the Federal Rules of Civil Procedure 4(m).   Failure to respond to this Order may result in dismissal of this case as to said Defendant without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida, this 1st day of August 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Any Unrepresented Party