**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA ESPINAL,

        Plaintiff,

v.                                      Case No:   6:25-cv-747-GAP-LHP

JOE & SUE'S DOUBLE
STACKED DELI LLC,

        Defendant

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Notice of Dismissal with Prejudice (Doc. 16), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 19, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties